AO 442 (Rev. 11/11) Arrest Warrant

I attest and certify on 2/11/2016 that this is a full true and correct copy of the original document.

PEGGY A. LEEN
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

By _____ ✓ Deputy
          _____ Secretary

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
| v. | ) |
|  | ) Case No. |
| CLIVEN D. BUNDY | ) 2:16-mj-000127-PAL |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     CLIVEN D. BUNDY,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 – Conspiracy to Commit An Offense Against the United States;
18 U.S.C. § 111(b) – Assault on a Federal Law Enforcement Officer;
18 U.S.C. § 924(c) – Use and Carry of a Firearm In Relation to a Crime of Violence;
18 U.S.C. § 1503 – Obstruction of the Administration of Justice;
18 U.S.C. § 1951 – Interference with Commerce by Extortion; and
18 U.S.C. § 2 – Aiding and Abetting

Date:  02/11/2016

*Issuing officer's signature*

PEGGY A. LEEN
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state:  Las Vegas, Nevada

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |

Date: _____

_____
Arresting officer's signature

_____
Printed name and title